UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number: 0:18-cv-61775-KMM**

| | |
|---|---|
| John Doe, | : |
| Plaintiff, | : |
| v. | : |
| On-Site.com, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

John Doe ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 2, 2018

                                            Respectfully submitted,

By:   */s/ Tamra Givens*

        Tamra Givens, Esq.
        Florida Bar No. 657638
        43 Danbury Road
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        tgivens@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

*/s/ Tamra Givens*

Tamra Givens